**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD E. MITCHELL, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BREITENBACH, et al.,<br><br>Defendants. | 3:25-cv-00436-ART-CSD<br><br>**ORDER** |

On February 10, 2026, an Early Mediation Conference was conducted in this matter. (ECF No. 6.) The parties reached a settlement, and the terms of the settlement were placed on the record. The stipulation and proposed order for dismissal was to be submitted no later than Monday, April 13, 2026. **No dismissal has been filed with the court.**

**IT IS HEREBY ORDERED** that the parties shall submit their Stipulation and Order for Dismissal on or before close of business **Friday, July 24, 2026.** If no stipulation is filed, the parties shall submit an explanation outlining the good cause (if any) for the delay.

DATED: July 6, 2026.



_____
Craig S. Denney
United States Magistrate Judge

1
