UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONALD E. MITCHELL, JR.,

Plaintiff,

v.

NETHANJAH BREITENBACH, *et al.*,

Defendants.

Case No. 3:25-cv-00436-ART-CSD

**ORDER GRANTING**

STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Donald E. Mitchell, Jr., and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 10th day of February 2026

By: [signature]
Donald E. Mitchell, Jr. #94796
*Plaintiff, Pro Se*

DATED this 24th day of July 2026.
AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*
Douglas R. Rands (Bar No. 3572)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

[signature]
Anne R. Traum
United States District Judge

Dated: July 28, 2026