**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD E. MITCHELL, JR.,

Plaintiff

v.

NETHANJAH BREITENBACH, et al.,

Defendants

Case No.: 3:25-cv-00436-ART-CSD

**Order**

Re: ECF No. 20

Plaintiff has filed a motion for a hearing (ECF No. 20) on a previously filed motion for contempt (ECF No. 12). This action has been dismissed with prejudice pursuant to a stipulation and order following settlement of this matter. (ECF No. 19.) Therefore, Plaintiff's motion for a hearing (ECF No. 20) is **DENIED**. Plaintiff shall refrain from filing any further documents in this closed case.

**IT IS SO ORDERED**.

Dated: September 22, 2026

Craig S. Denney
United States Magistrate Judge